# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 8:15-CR-00168-2-DKC-TJS |
| **STEPHEN COURTNEY EVANS** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act, **IT IS HEREBY ORDERED**, this 13th day of April, 2015, that Joseph J McCarthy is hereby appointed to represent the individual.

/s/
_____

Deborah K Chasanow
UNITED STATES DISTRICT JUDGE