PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) |
| Stephen Courtney Evans | ) Case No. 1:15-CR-00168 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

U.S. Pretrial Services recommends the following modification of the above named defendant's conditions of release:

- Remove Anne Marie Campbell-Piaccsi as third party custodian
- All previously imposed conditions of release remain in full force and effect

Assistant U.S. Attorney Thomas M. Sullivan and Defense Counsel Christopher Michael Davis have no objections to this modification.

_____  August 22, 2016
Signature of U.S. Pretrial Services Officer     Date

_____  August 22, 2016
Signature of Supervisory U.S. Pretrial Services Officer     Date

☑ The above modification of conditions of release is ordered, to be effective on 8/22/2016.

☐ The above modification of conditions of release is *not* ordered.

_____  8/29/2016
Signature of Judicial Officer     Date